UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ALEXANDER GOMEZ,                                                       :
                                                                       :
                                 Plaintiff,                            :
                                                                       :   21 Civ. 3300 (JPC)
                -v-                                                    :
                                                                       :   ORDER
570 E. FORDHAM RD. FOOD SERVICE, CORP. et al,                          :
                                                                       :
                                 Defendants.                           :
                                                                       :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On September 15, 2021, the Court ordered the parties to submit a joint letter and a proposed case management plan and scheduling order no later than seven days before the IPTC on November 22, 2021, at 10:30 a.m.  *See* Dkt. 10 at 1-2.  The parties have not complied with that order.  By November 19, 2021, the parties shall submit a joint letter and a proposed case management plan and scheduling order as outlined in the September 15, 2021, order.

      SO ORDERED.

Dated: November 18, 2021
       New York, New York

                                        JOHN P. CRONAN
                                      United States District Judge